ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Engineered Machined Products, Inc. | )   ASBCA No. 59479 |
| | ) |
| Under Contract No. W56HZV-06-C-0467 | ) |

APPEARANCES FOR THE APPELLANT:    Paul A. Debolt, Esq.
Christina K. Scopin, Esq.
Bart Stupak, Esq.
  Venable LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Lawrence S. Rabyne, Esq.
  Senior Trial Attorney
  Defense Contract Management Agency
  Arlington Heights, IL

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59479, Appeal of Engineered Machined Products, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals